IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stafford, Zelder M | Case Number: 06 B 06746 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 6/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch:  August 15, 2008
Confirmed:  August 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,340.00 | |
| Secured: | | 2,250.60 |
| Unsecured: | | 527.66 |
| Priority: | | 3,416.72 |
| Administrative: | | 3,265.00 |
| Trustee Fee: | | 537.52 |
| Other Funds: | | 342.50 |
| Totals: | 10,340.00 | 10,340.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,265.00 | 3,265.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 2,250.60 | 2,250.60 |
| 4. | Countrywide Home Loans Inc. | Secured | 12,977.51 | 0.00 |
| 5. | Internal Revenue Service | Priority | 3,416.72 | 3,416.72 |
| 6. | Internal Revenue Service | Unsecured | 527.66 | 527.66 |
| 7. | American General Finance | Secured | | No Claim Filed |
| 8. | American General Finance | Unsecured | | No Claim Filed |
| 9. | Direct Tv | Unsecured | | No Claim Filed |
| 10. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 11. | Sullivan Emergency Assoc | Unsecured | | No Claim Filed |
| 12. | Sullivan Emergency Assoc | Unsecured | | No Claim Filed |
| 13. | Sullivan Emergency Assoc | Unsecured | | No Claim Filed |
| 14. | Ingalls Midwest Emergency | Unsecured | | No Claim Filed |
| | | | $ 22,437.49 | $ 9,459.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 47.01 |
| 4.8% | 124.07 |
| 5.4% | 266.50 |
| 6.5% | 99.94 |
| | $ 537.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Stafford, Zelder M | Case Number:  06 B 06746 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/30/08 | Filed:  6/9/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

